IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| RAYMOND BROWN III, | ) | |
|---|---|---|
| Petitioner, | ) | CR No.: 3:07-155-JFA |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion under 28 U.S.C. § 2255. IT IS ORDERED that the petitioner is hereby allowed to proceed *in forma pauperis*.

If no transcript is required, the United States Attorney shall file an answer or other pleading within thirty (30) days from the date of the filing of this order. If, on the other hand, a transcript is required, the United States Attorney shall immediately request a transcript from the Court Reporter and shall file an answer or other pleading within thirty (30) days from his or her receipt of the transcript.

The petitioner is ordered always to keep the Clerk of Court advised **in writing** (**901 Richland Street, Columbia, South Carolina 29201**) if his address changes for any reason, so as to assure that orders or other matters that specify deadlines for him to meet will be received by him. If as a result of his failure to comply with this Order, the petitioner fails to file something he is required to file within a deadline set by a District Judge or a Magistrate Judge, the case may be dismissed for violating this Order. Therefore, if the petitioner has a change of address before this case is ended, he must comply with this Order by immediately advising the Clerk of Court in writing of such change of address. Failure to do so will not be excused by the court.

The petitioner is advised to put this Order with his case records so that he will not overlook his duty. If an attorney serves him by mail on behalf of a defendant or a respondent, the petitioner also has a duty to notify that attorney if his address is to be changed for mail purposes.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

June 29, 2010
Columbia, South Carolina